RECEIVED
IN MONROE, LA

JUN 1 2 2006
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| **DIRECTV, Inc.,** § | |
| § | |
| Plaintiff, § | |
| § | No. CV  03-0953-M |
| v. § | |
| § | **JUDGE JAMES** |
| **ROHBERT HARROLD,** § | |
| § | **MAGISTRATE JUDGE KIRK** |
| Defendant. § | |
| § | |

*JUDGMENT ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT*

On the 12th day of June, 2006, the Court considered plaintiff, DIRECTV, Inc.'s Motion and Incorporated Memorandum for Default Judgment against defendant, ROHBERT HARROLD a/k/a ROBERT HARRELL, considering the request, the affidavits and other evidence on file, the Court finds the record supports default judgment. Therefore the Court orders the clerk to enter default judgment against defendant, ROHBERT HARROLD a/k/a ROBERT HARRELL, in the sum of $10,000, the amount claimed, with costs and disbursements in the amount of $209.56, and attorney fees in the sum of $2,400.00, amounting in the sum of $12,609.56, plus post judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid; and, that the Plaintiff have execution therefore;

It is further ORDERED and ADJUDGED that Defendant, ROHBERT HARROLD a/k/a ROBERT HARRELL, is permanently enjoined from committing or assisting in the commission

9

of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605, or committing or assisting in committing any violation of 18 U.S.C. § 2511.

SIGNED on this 12 day of June, 2006.

_____
U.S. DISTRICT JUDGE